IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD LASHON,

      Plaintiff,

  v.

COMCAST CABLE,

      Defendant.

_____/

No. C 10-02645 CW

ORDER GRANTING
DEFENDANT'S MOTION
TO AMEND ANSWER TO
PLAINTIFF'S
COMPLAINT
(Docket No. 15)

    Defendant Comcast of California/Colorado, LLC (erroneously
sued as Comcast Cable) moves for leave to file an amended answer to
<u>pro se</u> Plaintiff Harold Lashon's complaint.  Plaintiff did not
respond to Defendant's motion.  The motion was taken under
submission on the papers.

    Federal Rule of Civil Procedure 15(a) provides that leave of
the court allowing a party to amend its pleading "shall be freely
given when justice so requires."  Courts consider five factors when
assessing the propriety of a motion for leave to amend: undue
delay, bad faith, futility of amendment, prejudice to the opposing
party and whether the party has previously amended the pleading.
<u>Ahlmeyer v. Nev. Sys. of Higher Educ.</u>, 555 F.3d 1051, 1055 n.3 (9th
Cir. 2009).

    Defendant seeks to amend its answer to add an affirmative
defense of failure to exhaust administrative remedies.  Under the
case management order, the deadline to file amended pleadings is
January 14, 2011.  Because this deadline has not passed and Rule

15(a) favors the amendment of pleadings, the Court GRANTS
Defendant's motion.  (Docket No. 15.)  Within three days of the
date of this Order, Defendant shall file its amended answer.
Defendant shall serve its amended answer on Plaintiff forthwith.

IT IS SO ORDERED.

Dated: 1/3/2011

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

LASHON et al,

            Plaintiff,

  v.

COMCAST CABLE et al,

           Defendant.
_____/

Case Number: CV10-02645 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold  LaShon
216 Stonepine Lane
San Ramon,  CA 94583

Dated: January 3, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

United States District Court
For the Northern District of California

3